UNITED STATES BANKRUPTCY COURT  **FILED**
EASTERN DISTRICT OF VIRGINIA
_____ Division

2016 APR 18  A 11: 42

In re  Thomas Lee Cole

CLERK
U.S. BANKRUPTCY COURT
NORFOLK DIVISION

Case No. _____

Chapter  7

Debtor(s)

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on computer diskette or by a typed hard copy in scannable format, with Request for Waiver attached, is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

(a) __1__ computer diskette listing a total of __22__ creditors; or

(b) _____ scannable hard copy, with Request for Waiver attached, consisting of _____ pages, listing a total of _____ creditors

_____
Debtor

_____
Joint Debtor

Date: __4/18/16__       *[Check if applicable]* _____ Creditor(s) with foreign addresses included on disk/hard copy.

[diskcs ver. R-1/2003]

COLR

WOODFOREST NATIONAL BANK
WOODFOREST DRIVE
NORFOLK, VA 23502


AT&T WIRELESS
ATT DRIVE
NORFOLK, VA 23502


TMOBILE
TMOBILE DRIVE
NORFOLK, VA 23502


SPRINT WIRELESS
SPRINT DRIVE
NORFOLK, VA 23502


VERIZON WIRELESS
3601 CONVERSE DRIVE
WILMINGTON, NC 24803


CAPITAL ONE BANK ACCOUNT
CAPITAL ONE DRIVE
MC LEAN, VA 22102


CAPITAL ONE CREDIT CARD
CAPITAL ONE DRIVE
MC LEAN, VA 22102


CHECK INTO CASH
PO BOX 550
CLEVELAND, TN 37364


CASHNETUSA
PO BOX 643990
CINCINNATI, OH 46264


GE CAPITAL RETAIL BANK -PAYPAL SMART CONNECT
UNIVERSITY FIDELITY, LP
PO BOX 941911
HOUSTON, TX 77094


GE CAPITAL RETAIL BANK - GAP

Page 1

TC

COLR

PORTFOLIO RECOVERY ASSOCIATES
NORFOLK, VA 23541


FIRST VIRGINIA FINANCIAL SERVICES
1349 KEMPSVILLE ROAD
VIRGINIA BEACH, VA 23464


CREDIT COLLECTION SERVICES - WELLS FARGO
2 WELLS AVENUE
NEWTON CENTER, MA 02459


IC SYSTEM - COX COMMUNICATIONS
PO BOX 64378
SAINT PAUL, MN 55164


GE CAPITAL BANK - WALMART
PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 12914
NORFOLK, VA 23541


THE LOAN STORE
2607 VIRGINIA BEACH BLVD
VIRGINIA BEACH, VA 23452


HERBERT WYCHE
ESTATE OF, GEOFF MCDONALD & ASSOCIATES
3315 WEST BROAD STREET
RICHMOND, VA 23230


TIMOTHY HARVEY
KALFUS & NACHMAN
PO BOX 128969
NORFOLK, VA 23841

TC