# United States Bankruptcy Court
### Eastern District of Virginia
Norfolk Division
600 Granby St., Room 400
Norfolk, VA 23510

**Case Number** 16−71348−SCS
**Chapter** 7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas Lee Cole
fdba Uber, fdba Lyft
5540 Berry Hill Road
Norfolk, VA 23502

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−3841

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO LBR 1007−3 STATEMENT OF INTENTION

**TO:    DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on April 18, 2016 . Pursuant to Local Bankruptcy Rule 1007−3, please be advised that the Statement of Intention is missing and must be filed within thirty (30) days of the petition date or on or before the meeting of creditors date, whichever is earlier.

**Statement of Intention Due:    May 18, 2016**.

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

Date:   April 19, 2016

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/   LaTanya N. Gibbs
Deputy Clerk

[10073vDec2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Thomas Lee Cole  
      Debtor

Case No. 16-71348-SCS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-8      User: gibbsl      Page 1 of 1      Date Rcvd: Apr 19, 2016  
                      Form ID: 10073      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2016.  
db            +Thomas Lee Cole,    5540 Berry Hill Road,    Norfolk, VA 23502-3633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2016                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2016 at the address(es) listed below:  
         John C. McLemore    ch7trustee@verizon.net;,  VA36@ecfcbis.com;barbara_ch7@verizon.net  
                                                                                                                                TOTAL: 1