**UNITED STATES BANKRUPTCY COURT**

Eastern District of Virginia
600 Granby St., Room 400
Norfolk, VA 23510

# NOTICE OF ELECTRONIC FILING PROCEDURE

Case Name: Thomas Lee Cole

Case Number: 16–71348–SCS             Date Filed: April 18, 2016

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005–2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point–to–Point Protocol (PPP). The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single–sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated: April 19, 2016                                William C. Redden
[VAN062vMay2015.jsp]                                 Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                               Case No. 16-71348-SCS
Thomas Lee Cole                                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-8          User: gibbsl              Page 1 of 1              Date Rcvd: Apr 19, 2016
                              Form ID: VAN062           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2016.
```
db              +Thomas Lee Cole,    5540 Berry Hill Road,    Norfolk, VA 23502-3633
13336734         AT&T WIRELESS,    ATT DRIVE,    NORFOLK, VA 23502
13336738         CAPITAL ONE BANK ACCOUNT,    CAPITAL ONE DRIVE,    MC LEAN, VA 22102
13336739         CAPITAL ONE CREDIT CARD,    CAPITAL ONE DRIVE,    MC LEAN, VA 22102
13336740        +CHECK INTO CASH,    PO BOX 550,    CLEVELAND, TN 37364-0550
13336745        +CREDIT COLLECTION SERVICES - WELLS FARGO,    2 WELLS AVENUE,    NEWTON CENTER, MA 02459-3246
13336744        +FIRST VIRGINIA FINANCIAL SERVICES,    1349 KEMPSVILLE ROAD,    VIRGINIA BEACH, VA 23464-6176
13336747        +GE CAPITAL BANK - WALMART,    PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 12914,
                  NORFOLK, VA 23541-0914
13336743         GE CAPITAL RETAIL BANK - GAP,    PORTFOLIO RECOVERY ASSOCIATES,    NORFOLK, VA 23541
13336742        +GE CAPITAL RETAIL BANK -PAYPAL SMART CONNECT,    UNIVERSITY FIDELITY, LP,    PO BOX 941911,
                  HOUSTON, TX 77094-8911
13336749        +HERBERT WYCHE,    ESTATE OF, GEOFF MCDONALD & ASSOCIATES,    3315 WEST BROAD STREET,
                  RICHMOND, VA 23230-5007
13336736         SPRINT WIRELESS,    SPRINT DRIVE,    NORFOLK, VA 23502
13336748         THE LOAN STORE,    2607 VIRGINIA BEACH BLVD,    VIRGINIA BEACH, VA 23452
13336750         TIMOTHY HARVEY,    KALFUS & NACHMAN,    PO BOX 128969,    NORFOLK, VA 23841
13336735         TMOBILE,    TMOBILE DRIVE,    NORFOLK, VA 23502
13336737        +VERIZON WIRELESS,    3601 CONVERSE DRIVE,    WILMINGTON, NC 28403-6182
13336733         WOODFOREST NATIONAL BANK,    WOODFOREST DRIVE,    NORFOLK, VA 23502
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13336741        +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Apr 20 2016 02:00:33     CASHNETUSA,
                  PO BOX 643990,    CINCINNATI, OH 45264-0309
13336746        +E-mail/Text: bankruptcy@icsystem.com Apr 20 2016 02:01:47     IC SYSTEM - COX COMMUNICATIONS,
                  PO BOX 64378,    SAINT PAUL, MN 55164-0378
                                                                                               TOTAL: 2
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2016 at the address(es) listed below:
      John C. McLemore    ch7trustee@verizon.net;, VA36@ecfcbis.com;barbara_ch7@verizon.net
                                                                                                      TOTAL: 1