**United States Bankruptcy Court**

**Eastern District of Virginia**

_____Norfolk_____ Division

In re: **Thomas Lee Cole**                                                            Case No.  **16-71348-SCS**

                    Debtor(s)

### ORDER ON DEBTOR'S APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED

Upon consideration of the debtor's "Application To Have the Chapter 7 Filing Fee Waived," the court orders that the application

be:

[  ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✗] DENIED. _____

   _____

   [✗]  The debtor shall pay the chapter 7 filing fee, in installments, according to the following terms:

   $ 100.00 Due:  05/10_____ , 20 16 .

   $ 105.00 Due:  05/26_____ , 20 16 .

   $ 130.00 Due:  06/27_____ , 20 16 .

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   Pro se debtor(s) must submit installment fee in the exact amount due in either* cash, cashier's check or money order made payable to "Clerk, U.S. Bankruptcy Court."  Personal checks of the debtor(s) cannot be accepted. *Cash is not accepted in the Newport News Division.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[  ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at <Select Location> _____.
                                                    (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

Date: Apr 25 2016 _____                    /s/ Stephen C. St.John
                                                 _____
                                                 United States Bankruptcy Judge

                                                 NOTICE OF JUDGMENT OR ORDER
                                                 ENTERED ON DOCKET:

                                                 04/26/2016 _____

[103Bnn ver. 12/15]