# Motion to Withdraw Chapter 7 Bankruptcy Filing/Dismiss Case

Re: Thomas Lee Cole

Case: 16-71348-SCS



I humbly request that the court withdraw my bankruptcy filing as soon as possible. I misfiled this case on incorrect information I received. I am facing a lawsuit possibly from a car accident I was in over the summer. I have not been sued yet nor is there any pending case. The debt from any judgement is not currently present. I am under a heavy burden of consumer debt as well but it is not my reason for filing. Creditors may file suit against me which I will deal with in a case by case situation. With any luck I will be able to settle or arrange a suitable payment plan.

In regards to this current voluntary petition is was filed is haste and fear. I need a lawyer to sort everything out and can ill afford one. I also don't think my current situation no matter how bad I am in debt does not currently merit bankruptcy protection.

I also received paper work instructing I must complete a financial management course which I can also at this time not afford.

For these reasons I am unable to proceed forward with filing for chapter 7 bankruptcy.

I may have to refile down the road but will do so with legal assistance or do so better informed.

I apologize for any inconvenience to the court.

Sincerely,

*[signature]*

Thomas Lee Cole

5540 Berry Hill Road

Norfolk, VA 23502

Certificate of Service.

I do not plan to mail this to anyone

*[signature]*
4/26/16

B20A (Official Form 20A) (Notice of Motion or Objection) (12/10)                      EDVA (12/10)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
_____ Division

In re: Thomas Lee Cole                                    )
                                                          )
*[Set forth here all names including married, maiden, and* )    Case No. 16-71348-SCS
*trade names used by debtor within last 8 years.]*        )
                                                          )    Chapter 7
            Debtor                                        )
                                                          )
Address  5540 Berry Hill Rd, Norfolk, VA                  )
                          22502                           )
                                                          )
Last four digits of Social Security or Individual Tax-payer )
Identification (ITIN) No(s).,(if any):  3841              )
                                                          )
Employer's Tax Identification (EIN) No(s).(if any):       )
                                                          )

## NOTICE OF MOTION (OR OBJECTION)

Thomas Cole _____ has filed papers with the court to Withdraw

Filing Dismiss Case _____ .

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before _____, you or your attorney must:

☐   File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court

_____

2

You must also mail a copy to:

☐  Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

☐  Attend the hearing on the motion (or objection) scheduled to be held on ~~May 25, 2016~~ at 2:00 pm ~~m. at United~~ States Bankruptcy Court, _____.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 4/26/16

Signature, name, address and telephone number of person giving notice:

_[signature]_

Virginia State Bar No. _____
Counsel for _____

Certificate of Service

I hereby certify that I have this 26 day of April, 20 16, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

_[signature]_

I do not plan to mail this to anyone