**United States Bankruptcy Court**
**Eastern District of Virginia**
_____Norfolk_____ Division

In re: **Thomas Lee Cole**                                                                                  Case No. **16-71348-SCS**

       Debtor(s)

## ORDER ON DEBTOR'S APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED

Upon consideration of the debtor's "Application To Have the Chapter 7 Filing Fee Waived," the court orders that the application be:

[ ] GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✗] DENIED. _____
_____

    [✗] The debtor shall pay the chapter 7 filing fee, in installments, according to the following terms:

    $ 100.00 Due:  05/10                , 20 16 .

    $ 105.00 Due:  05/26                , 20 16 .

    $ 130.00 Due:  06/27                , 20 16 .

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

    Pro se debtor(s) must submit installment fee in the exact amount due in either* cash, cashier's check or money order made payable to "Clerk, U.S. Bankruptcy Court."  Personal checks of the debtor(s) cannot be accepted. *Cash is not accepted in the Newport News Division.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[ ] SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at <Select Location> _____.
                                                          (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

Date:  Apr 25 2016                                                                            /s/ Stephen C. St.John
                                                                                            United States Bankruptcy Judge

                                                                                      NOTICE OF JUDGMENT OR ORDER
                                                                                      ENTERED ON DOCKET:

                                                                                      04/26/2016

[103Bnn ver. 12/15]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Thomas Lee Cole  
      Debtor

Case No. 16-71348-SCS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-8     User: gibbsl     Page 1 of 1     Date Rcvd: Apr 26, 2016  
                     Form ID: pdforder     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2016.  
db            +Thomas Lee Cole,    5540 Berry Hill Road,    Norfolk, VA 23502-3633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2016                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2016 at the address(es) listed below:  
         John C. McLemore     ch7trustee@verizon.net;,  VA36@ecfcbis.com;barbara_ch7@verizon.net  
                                                                                                                                  TOTAL: 1