# United States Bankruptcy Court
### Eastern District of Virginia
Norfolk Division

**In re:**  
Thomas Lee Cole

**Case Number**   16–71348–SCS  
**Chapter**   7  
**Judge**   Stephen C. St. John

Debtor(s)

**To:**   Thomas Lee Cole

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005–1, the documents submitted by you

*15* − Motion to Dismiss Case by Debtor and Notice of Motion filed by Thomas Lee Cole. (Gibbs, LaTanya)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **fourteen (14) days from** the date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

### REPRESENTATION AND APPEARANCES:
- ▁ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- ▁ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090–1. [See LBR 9010–1]
- ▁ **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005–1(C)(5) and 9022–1(A)]
- ▁ a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See LBR 2090–1(E)(2)(a)]

### REQUIREMENT OF FORM:
- ▁ **Legibility:** not in compliance with LBR 5005–1(C)(1)
- ▁ **Caption, Official Forms:** [See LBR 5005–1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains and be in substantial compliance with the current Official Form. *If applicable.*   Case name and number do not match on paper submitted.
- ▁ **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
    - ▁ *if corporation,* not signed by counsel. [See LBR 5005–1(C)(4)]
    - ▁ *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
    - ▁ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non–Attorney User.]
- ▁ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- ▁ Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry <u>or</u> redocket to attach the correct document.
- ▁ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.
- **XX** Document does not include a certification whether an Attorney assisted with the preparation of the document. [See LBR 2090–1]

### VOLUNTARY PETITIONS:
- ▁ Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2–pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms which are available on the Court's web site at www.vaeb.uscourts.gov.
- ▁ More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition)*.
- ▁ Not verified by signature of attorney for debtor(s).
- ▁ Not verified by unsworn declaration with signature of all debtors.
- ▁ **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074–1]
- ▁ **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007–1(H)]
- ▁ **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
- ▁ **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005–1(C) and (D)]

Date:   April 27, 2016

Clerk, United States Bankruptcy Court

By <u>/s/ LaTanya N. Gibbs</u>, Deputy Clerk  
Direct Dial Telephone No. <u>757–222–7513</u>

[ntcdef_filingvDec2015.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Thomas Lee Cole  
       Debtor

Case No. 16-71348-SCS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-8     User: gibbsl     Page 1 of 1     Date Rcvd: Apr 27, 2016  
                 Form ID: defntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2016.  
db          +Thomas Lee Cole,   5540 Berry Hill Road,   Norfolk, VA 23502-3633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2016 at the address(es) listed below:  
       John C. McLemore     ch7trustee@verizon.net;,  VA36@ecfcbis.com;barbara_ch7@verizon.net  
                                                                                                 TOTAL: 1