## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

Norfolk      **Division**

In re  Thomas Lee Cole

Debtor(s)                        Case No.   16-71348-SCS

Chapter    7

### ORDER OF DISMISSAL
### FOR FAILURE TO TIMELY FILE LISTS, SCHEDULES AND STATEMENTS

The above debtor(s) having failed to timely file required lists, schedules and statements within time periods as set forth in Local Rule 1007-1; it is, therefore

**ORDERED**, pursuant to Local Rule 1007-1, that the above case be dismissed; and it is further

*[If appropriate]*      **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ _____335.00_____ to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The trustee need not file a final report in this case unless property or money was administered.

WILLIAM C. REDDEN
Clerk of Court

Date: _May 06, 2016_____                By _/s/LaTanya Gibbs_____
                                                          **Deputy Clerk**

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

_May 06, 2016_____

[odisflss ver. 12/09]