# United States Bankruptcy Court
### Eastern District of Virginia
Norfolk Division
600 Granby St., Room 400
Norfolk, VA 23510

**Case Number**   16−71348−SCS
**Chapter**   7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas Lee Cole
fdba Uber, fdba Lyft
5540 Berry Hill Road
Norfolk, VA 23502

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−3841

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on May 6, 2016 dismissing the above−captioned case.

Dated:   May 6, 2016                                                        For the Court,

                                                                            William C. Redden, Clerk
[VAN015vDec2009.jsp]                                                        United States Bankruptcy Court

```
                          United States Bankruptcy Court
                            Eastern District of Virginia
In re:                                                         Case No. 16-71348-SCS
Thomas Lee Cole                                                Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0422-8       User: gibbsl              Page 1 of 1            Date Rcvd: May 06, 2016
                           Form ID: VAN015           Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2016.
db             +Thomas Lee Cole,    5540 Berry Hill Road,   Norfolk, VA 23502-3633
13336734        AT&T WIRELESS,    ATT DRIVE,    NORFOLK, VA 23502
13336738        CAPITAL ONE BANK ACCOUNT,    CAPITAL ONE DRIVE,    MC LEAN, VA 22102
13336739        CAPITAL ONE CREDIT CARD,    CAPITAL ONE DRIVE,    MC LEAN, VA 22102
13336740       +CHECK INTO CASH,    PO BOX 550,    CLEVELAND, TN 37364-0550
13336745       +CREDIT COLLECTION SERVICES - WELLS FARGO,    2 WELLS AVENUE,   NEWTON CENTER, MA 02459-3246
13336744       +FIRST VIRGINIA FINANCIAL SERVICES,    1349 KEMPSVILLE ROAD,   VIRGINIA BEACH, VA 23464-6176
13336747       +GE CAPITAL BANK - WALMART,    PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 12914,
                 NORFOLK, VA 23541-0914
13336743        GE CAPITAL RETAIL BANK - GAP,    PORTFOLIO RECOVERY ASSOCIATES,   NORFOLK, VA 23541
13336742       +GE CAPITAL RETAIL BANK -PAYPAL SMART CONNECT,    UNIVERSITY FIDELITY, LP,   PO BOX 941911,
                 HOUSTON, TX 77094-8911
13336749       +HERBERT WYCHE,    ESTATE OF, GEOFF MCDONALD & ASSOCIATES,   3315 WEST BROAD STREET,
                 RICHMOND, VA 23230-5007
13336736        SPRINT WIRELESS,    SPRINT DRIVE,    NORFOLK, VA 23502
13336748        THE LOAN STORE,    2607 VIRGINIA BEACH BLVD,    VIRGINIA BEACH, VA 23452
13336750        TIMOTHY HARVEY,    KALFUS & NACHMAN,    PO BOX 128969,   NORFOLK, VA 23841
13336735        TMOBILE,    TMOBILE DRIVE,    NORFOLK, VA 23502
13336733        WOODFOREST NATIONAL BANK,    WOODFOREST DRIVE,    NORFOLK, VA 23502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: RECOVERYCORP.COM May 07 2016 01:38:00      Recovery Management Systems Corporation,
                 25 SE 2nd Avenue, Suite 1120,    MIAMI, FL  33131-1605
13336741       +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com May 07 2016 01:42:03      CASHNETUSA,
                 PO BOX 643990,   CINCINNATI, OH 45264-0309
13336746       +EDI: IIC9.COM May 07 2016 01:38:00      IC SYSTEM - COX COMMUNICATIONS,   PO BOX 64378,
                 SAINT PAUL, MN 55164-0378
13353268        EDI: RMSC.COM May 07 2016 01:38:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13336737       +EDI: VERIZONWIRE.COM May 07 2016 01:38:00      VERIZON WIRELESS,   3601 CONVERSE DRIVE,
                 WILMINGTON, NC 28403-6182
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2016 at the address(es) listed below:
              John C. McLemore    ch7trustee@verizon.net;,   VA36@ecfcbis.com;barbara_ch7@verizon.net
                                                                                             TOTAL: 1
```