## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

                Norfolk    **Division**

In re  Thomas Lee Cole

                Debtor(s)           Case No.  16-71348-SCS

                                    Chapter  7

### ORDER OF DISMISSAL
### FOR FAILURE TO TIMELY FILE LISTS, SCHEDULES AND STATEMENTS

The above debtor(s) having failed to timely file required lists, schedules and statements within time periods as set forth in Local Rule 1007-1; it is, therefore

**ORDERED**, pursuant to Local Rule 1007-1, that the above case be dismissed; and it is further

*[If appropriate]*    **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ _____335.00_____ to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report in this case unless property or money was administered.

                                        WILLIAM C. REDDEN
                                        Clerk of Court

Date: May 06, 2016                By /s/LaTanya Gibbs
                                            Deputy Clerk

                                        NOTICE OF JUDGMENT OR ORDER
                                        ENTERED ON DOCKET:

                                        May 06, 2016

[odisflss ver. 12/09]

United States Bankruptcy Court
Eastern District of Virginia

In re:
Thomas Lee Cole
    Debtor

Case No. 16-71348-SCS
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-8     User: gibbsl     Page 1 of 1     Date Rcvd: May 06, 2016
                   Form ID: pdford6     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2016.
db          +Thomas Lee Cole,    5540 Berry Hill Road,    Norfolk, VA 23502-3633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: ustpregion04.no.ecf@usdoj.gov May 07 2016 01:42:25      UST smg Norfolk,
           Office of the U. S. Trustee,    200 Granby Street, Room 625,    Norfolk, VA 23510-1814
                                                                                                                                     TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2016                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2016 at the address(es) listed below:
        John C. McLemore    ch7trustee@verizon.net;,   VA36@ecfcbis.com;barbara_ch7@verizon.net
                                                                                                                                              TOTAL: 1